

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00026-CV
No. 07-22-00076-CV

### IN THE INTEREST OF P.F., A CHILD

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 94,715-E-FM, Honorable Carry A. Baker, Associate Judge Presiding

March 16, 2022

## ORDER SEVERING AND DISMISSING FATHER'S APPEAL

Before QUINN, C.J., and PARKER and DOSS, JJ.

Mother and Father[1] appeal from the trial court's order of termination. Father, however, failed to pay the requisite filing fee or submit a statement of inability to afford payment of court costs. By letter of February 8, 2022, we notified Father that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by February 18 would result in

---

[1] To protect the privacy of the parties involved, we refer to them by their initials. *See* TEX. FAM. CODE. ANN. § 109.002(d); TEX. R. APP. P. 9.8(b).

dismissal of the appeal. To date, Father has not paid the filing fee or sought leave to proceed without payment of court costs.

Because Father has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we sever Father's appeal into cause number 07-22-00076-CV and dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Mother's appeal shall continue to disposition in cause number 07-22-00026-CV.

Per Curiam